

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
District of Nevada
United States Attorney
Nevada Bar Number 13644
TRAVIS LEVERETT
Assistant United States Attorney
501 Las Vegas Blvd. S, Suite 1100
Las Vegas, Nevada  89101
702-388-6522
Travis.Leverett@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL MOE,<br><br>      Defendant. | Case No.: 2:20-CR-00230-KJD-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

Defendant Michael Moe made his initial appearance on September 14, 2020, before the Honorable Brenda Weksler. He was arraigned and entered a plea of not guilty. Due to an oversight by the government, no motion was made to unseal the petition. Therefore, the government respectfully moves this Court for an Order to UNSEAL the instant case.

Dated this 25th day of September, 2020

                                                    NICHOLAS A. TRUTANICH
                                                    United States Attorney


                                                    */s / Travis Leverett*
                                                    TRAVIS LEVERETT
                                                    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

MICHAEL MOE,

       Defendant.

Case No.: 2:20-CR-00230-KJD-DJA

**ORDER UNSEALING CASE**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 29th day of September, 2020.

_____
Honorable Daniel J. Albregts
United States Magistrate Judge

2