```
JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar #7709
EDWARD G. VERONDA
Assistant United States Attorney
Edward.G.Veronda@usdoj.gov
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
```

Representing the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00230-KJD-DJA |
| Plaintiff, | **Joint Stipulation to Continue Deadline for Government to Respond to Early Termination Motion [ECF NO. 55]** |
| vs. | |
| MICHAEL MOE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, Acting United States Attorney, and Edward G. veronda, Assistant United States Attorney, counsel for the United States of America, and Heidi Ojeda, counsel for MICHAEL MOE, that the deadline for the Government to respond to MOE's Motion for Early Termination of Supervised Release (ECF No. 55) be extended for at least 4 weeks.

This Stipulation is entered into for the following reasons:

1. USPO Officer Warner informed the Government that Michael Moe conducted a drug test after the filing of the early termination motion. USPO Officer Warner also stated it would take several weeks before the results of the drug test were returned from the laboratory. The Government would prefer to know the results of the drug test before filing any opposition/non-opposition to the early termination motion.

1

3. MICHAEL MOE agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request to extend the deadline to respond.

DATED this 16th day of February, 2024.

                                          Respectfully Submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Heidi Ojeda*<br>HEIDI OJEDA<br>Assistant Federal Public Defender<br>Counsel for Defendant MOE | */s/ Edward G. Veronda*<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL MOE,<br><br>　　　　Defendant. | Case No. 2:20-cr-00230-KJD-DJA<br><br>**ORDER** |

　　Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

　　IT IS HEREBY ORDERED that the Government's Deadline to Respond to Defendant's Motion for Early Termination be extended to _____March 22nd_____, 2024

　　DATED this  16th  day of February, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3