JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar #7709
EDWARD G. VERONDA
Assistant United States Attorney
Edward.G.Veronda@usdoj.gov
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

Representing the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00230-KJD-DJA |
| Plaintiff, | **MOTION TO WITHDRAW GOVERNMENT'S MOTION FOR NON-OPPOSITION TO EARLY TERMINATION [ECF No. 58]** |
| vs. | |
| MICHAEL MOE, | |
| Defendant. | |

The Government hereby move to withdraw its Motion for Non-Opposition to Early Termination for Michael Moe (ECF No. 58). Mainly, after the filing of that motion, the US Probation Office filed a petition to revoke his supervised release for alleged criminal conduct. Therefore, Mr. Moe and the Court is in a different position than at the time of the Government's filing.

DATED this 24th day of April, 2024.

Respectfully Submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Edward G. Veronda*
EDWARD G. VERONDA
Assistant United States Attorney

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL MOE,<br><br>　　　　Defendant. | Case No. 2:20-cr-00230-KJD-DJA<br><br>**ORDER** |

　　　Based on good cause appearing and the best interest of justice being served:

　　　IT IS HEREBY ORDERED that the Government's Motion in Non-Opposition for Early Termination (ECF No. 58) is hereby WITHDRAWN.

　　　DATED this __24__ day of April 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE