RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Michael Moe

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MOE,<br><br>　　　　Defendant. | Case No. 2:20-cr-00230-KJD-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Michael Moe, that the Revocation Hearing currently scheduled on May 7, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Mr. Moe's revocation is based on a pending state case. The parties request a continuance to allow his state case to progress.

　　　2.　　Defense counsel has been out of jurisdiction and unable to consult with Mr. Moe's state attorney.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 6th day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Edward Veronda*<br>EDWARD VERONDA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MOE,<br><br>    Defendant. | Case No. 2:20-cr-00230-KJD-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 7, 2024 at 10:00 a.m., be vacated and continued to May 21, 2024 at the hour of 9:30 a.m. in courtroom 4A; or to a time and date convenient to the court.

   DATED this 9th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE