RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Michael Moe

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL MOE,<br><br>    Defendant. | Case No. 2:20-cr-00230-KJD-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Michael Moe, that the Revocation Hearing currently scheduled on May 22, 2024, be vacated and continued to a date and time convenient to the Court, but no later than May 30, 2024.

  This Stipulation is entered into for the following reasons:

  1. Defense counsel needs additional time to consult with Mr. Moe to determine if this case will be resolved or will be contested.

  2. As Probation Officer Zachary Warner has a conflict for any date after May 30th, the parties request this Court set a hearing before May 30th.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 21st day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By /s/ *Edward Veronda*<br>EDWARD VERONDA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MOE,<br><br>　　　　Defendant. | Case No. 2:20-cr-00230-KJD-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, May 22, 2024 at 9:30 a.m., be vacated and continued to June 11, 2024 at the hour of 10:30 a.m., in courtroom 4A; or to a time and date convenient to the court.

　　DATED this 21 day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3